**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 19-029 (AET) |
| v. | : **SCHEDULING ORDER** |
| GEORGE GILMORE | : |

This matter having come before the Court for arraignment; and the United States being represented by the Attorney for the United States, Craig Carpenito (Matthew J. Skahill, Deputy U.S. Attorney, and Jihee G. Suh, Assistant U.S. Attorney, appearing); and defendant George Gilmore being represented by Kevin H. Marino, Esq.; and the Court having considered the parties' respective positions with regard to a schedule for discovery and inspection, and for good cause shown,

It is on this 18th day of January, 2019, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before **February 1, 2019**.

2. The Government shall file any motions to disqualify counsel for conflicts on or before **February 1, 2019**.

3. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before **March 1, 2019**. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably after becoming known to the Government.

4. The defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before **February 8, 2019**.

5. The defendant's pre-trial motions shall be filed on or before **March 1, 2019**, with the Government's responses due on or before **March 8, 2019**.

6. The defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **February 8, 2019**.

7. A pre-trial conference shall be held on **March 15, 2019, at 10:00 a.m.**

8. Trial is scheduled for **March 29, 2019, at 9:30 a.m.**

9. Jury instructions by the Government and the defendant shall be filed on or before March 26, 2019.

10. Voir Dire requests may be submitted on the first day of trial.

_____
Honorable Anne E. Thompson
United States District Judge