# EXHIBIT 2



U.S. Department of Justice
*United States Attorney*
*District of New Jersey*

*William E. Fitzpatrick*
*Acting United States Attorney*

*Matthew J. Skahill*
*Jihee Suh*
*Assistant United States Attorneys*

*CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE*    *856/757-5026*
*401 Market Street, 4th Floor*                              *Fax: 856/968-4917*
*Post Office Box 2098*                              *Direct Dial: 856/968-4929*
*Camden NJ 08101-2098*

October 18, 2017

**VIA EMAIL AND FEDEX**
Kevin H. Marino, Esq.
Marino, Tortorella & Boyle, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488

Re:    Gilmore & Monahan, P.A. Attorney Subpoenas

Dear Mr. Marino:

Consistent with our conversations on October 13 and 16, 2017, I have enclosed copies of
12 grand jury subpoenas for employees of Gilmore & Monahan, P.A. Pursuant to our
conversations on October 13 and October 16, 2017, you have agreed to accept service of these
subpoenas. We have previously discussed that your representation of Mr. Gilmore on the one
hand and your representation of the individual employees of Gilmore & Monahan named in these
subpoenas poses a conflict. As we communicated to you, by serving these grand jury subpoenas
on you, the Government does not concede that a conflict is absent or that such a conflict can be
waived. This Office is aware that your position remains that a conflict does not exist or that any
conflict that may exist could be waived.

The subpoenas call for testimony on November 9 and 30 and December 7 and 14.
During our October 16, 2017 conversation, you advised that you may have scheduling issues on
certain days in November. If any of these specific days cause a scheduling problem, please
advise by October 25, 2017 so that scheduling arrangements can be discussed. Otherwise, this
Office will assume that these dates will remain final.

Very truly yours,

WILLIAM E. FITZPATRICK
Acting United States Attorney

By:    MATTHEW J. SKAHILL
JIHEE SUH
Assistant United States Attorneys

Enclosure