## MARINO, TORTORELLA & BOYLE, P.C.
### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*

PHILLIP S. PAVLICK

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: kmarino@khmarino.com
*OF COUNSEL

February 5, 2019

**VIA ECF**

Honorable Anne E. Thompson, USDJ
United States District Court
Clarkson S. Fisher Building
 & United States Courthouse
402 East State Street
Trenton, NJ 08625

   Re: *United States v. George Gilmore*
     *Crim. No. 19-029 (AET)*

Dear Judge Thompson:

  Please accept this letter and the accompanying Certification of Kevin H. Marino ("Marino Certification") as Defendant George Gilmore's response to the Government's Motion to Inquire into Potential Conflicts of Interest. As the correspondence attached to the Marino Certification reflects: (1) we have provided the Government with written conflict waivers—all executed in late 2017 and early 2018—authorizing our joint representation of Defendant and his firm's employees in the grand jury investigation that led to the indictment in this case; (2) despite those waivers, we have advised the Government that we will withdraw as counsel for the firm's employees; (3) we have therefore asked the Government to withdraw its Motion to Inquire; and (4) the Government has nonetheless declined to do so.

  Having secured written conflict waivers long before the indictment was returned in this case *and* having expressed our intention to withdraw as counsel for the employees after that indictment was returned, we believe an inquiry into potential conflicts of interests is unnecessary. That said, we do not object to such an inquiry provided it does not result in a delay of the March 29th trial of this matter and thus compromise Mr. Gilmore's rights under the Speedy Trial Act.

  Thank you for your consideration of this submission.

           Respectfully,

           */s/ Kevin H. Marino*

           Kevin H. Marino

Enclosures
cc: Matthew Skahill, AUSA
   Jihee Suh, AUSA
   Thomas Koelbl, Esq.