UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Hon. Anne E. Thompson |
|---|---|---|
| v. | : | Crim. No. 19-029 (AET) |
| GEORGE GILMORE | : | **ORDER** |

This motion to inquire into defendant's counsel's potential conflicts of interest having been filed by United States, Rachael A. Honig, Attorney for the United States acting under authority conferred by 28 U.S.C. § 515 (Matthew J. Skahill, Deputy U.S. Attorney, Jihee G. Suh, Assistant U.S. Attorney, and Thomas F. Koelbl, Trial Attorney, U.S. Department of Justice-Tax Division, appearing); and defendant George Gilmore (Kevin H. Marino, Esq., appearing) having opposed the motion; and the Court having reviewed the parties' submissions and the record before the Court in this matter; and for good cause shown,

It is, on this 5th day of February, 2019,

ORDERED that the motion of the United States to inquire into defendant's potential conflicts of interest be granted; and is further

ORDERED that the parties present all evidence and materials to this Court, to include any written waivers of conflicts of interest, necessary to resolve the Court's inquiry into defendant's counsel's potential conflicts of interest, and that a hearing in this matter be scheduled for March 8, 2019 at 10:00 AM.

HON. ANNE E. THOMPSON
Senior United States District Judge