Kevin H. Marino
John D. Tortorella
John A. Boyle
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel:  (973) 824-9300
Fax: (973) 824-8425
*Counsel for Defendant*
*George Gilmore*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>vs.<br><br>**GEORGE GILMORE,**<br><br>Defendant. | **Case No. 3:19-cr-00029-AET** |

### NOTICE OF EXPERT EVIDENCE OF A MENTAL CONDITION
### PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12.2(b)

Pursuant to Federal Rule of Criminal Procedure 12.2(b) and Paragraph 6 of the Scheduling Order entered by the Court on January 18, 2019 (the "Scheduling Order"), Defendant, George Gilmore ("Gilmore"), through his attorneys, Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, Esq., appearing), hereby gives notice of his intention to introduce expert evidence relating to a mental disease or defect and/or mental condition bearing on the issue of his guilt.  Specifically, Gilmore intends to present the testimony of Steven S. Simring, MD/MPH, who will testify, pursuant to Federal Rules of Evidence 702 and 703, that Gilmore meets the criteria for hoarding disorder (F42), as described in the Diagnostic and Statistical Manual of the American Psychiatric Association, fifth edition (DSM-5).

As required by Federal Rule of Criminal Procedure 16(b)(1)(C)(ii) and Paragraph 4 of the Scheduling Order, Gilmore is simultaneously serving the Government with Dr. Simring's expert report dated November 30, 2018, which contains a written summary of his expected testimony, together with his curriculum vitae and a list of the cases in which he provided expert testimony between January 1, 2012 and October 31, 2018.

Gilmore hereby reserves any and all rights to amend, supplement or modifying his Rule 12.2(b) disclosure and the Simring report as necessary.

Dated: February 7, 2019
      Chatham, New Jersey

Respectfully submitted,

MARINO, TORTORELLA & BOYLE, P.C.
Attorneys for Defendant George Gilmore

By: _/s/ Kevin H. Marino_
KEVIN H. MARINO