**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**CHAMBERS OF**
**ANNE E. THOMPSON**
**JUDGE**

**U.S. COURTHOUSE**
**402 E. STATE STREET**
**ROOM 4000**
**TRENTON, NJ 08608**
**(609) 989-2123 tel**
**(609) 989-2007 fax**

March 8, 2019

### LETTER ORDER

To: All Counsel

Re: US v. GILMORE, 19- cr-29(AET)

Dear Counsel,

      We agreed today that the defense would file a response to the Government's "Daubert" motion by March 14, 2019 and that the Government would reply by March 21st. My position, therefore, is that a March 29, 2019 trial date is not feasible. I will advise you, by March 21st of a new trial date. We will focus on early April.

Very truly yours,

*Anne E. Thompson*
ANNE E. THOMPSON
U.S.D.J.

AET:adi