Kevin H. Marino
John D. Tortorella
John A. Boyle
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300
Fax: (973) 824-8425
*Counsel for Defendant George Gilmore*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>vs.<br><br>**GEORGE GILMORE,**<br><br>Defendant. | Case No. 3:19-cr-00029-AET<br><br>NOTICE OF CROSS-MOTION TO EXCLUDE EVIDENCE OF THE DETAILS OF DEFENDANT'S PERSONAL EXPENDITURES<br><br>**Oral Argument Requested** |

TO:  Matthew J. Skahill                         Jihee G. Suh
     Attorney in Charge, Camden Branch         Assistant United States Attorney
     U.S. Attorney's Office                    U.S. Attorney's Office
     District of New Jersey                    District of New Jersey
     401 Market Street, 4th Floor              970 Broad Street
     Camden, New Jersey 08101-2098             Newark, New Jersey 07102

PLEASE TAKE NOTICE that at such date and time as determined by the Court, Defendant, George Gilmore ("Gilmore"), through his attorneys, Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, Esq., appearing) will move before the Honorable Anne E. Thompson, U.S.D.J., United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for entry of an Order excluding evidence of the details of his personal expenditures pursuant to Federal Rules of Evidence 401 and 403.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Gilmore will rely on

the contemporaneously-filed Memorandum of Law and the attachments thereto.

      PLEASE TAKE FURTHER NOTICE that Gilmore respectfully requests oral argument on this motion.

Dated: March 14, 2019　　　　　　　　　　　　Respectfully submitted,
       Chatham, New Jersey

                                         MARINO, TORTORELLA & BOYLE, P.C.
                                         Attorneys for Defendant George Gilmore

                                  By: _____
                                            KEVIN H. MARINO