NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 19-29 |
| v. | **ORDER** |
| GEORGE GILMORE, | |
| Defendant. | |

THOMPSON, U.S.D.J.

For the reasons stated on the record in the proceedings held before this Court on March 26, 2019 (*see* ECF No. 30),

IT IS on this 29th day of March, 2019,

ORDERED that the Government's Motion to Exclude Testimony by Defendant's Proposed Expert Witness (ECF No. 17) is GRANTED; and it is further

ORDERED that Defendant's Cross Motion to Exclude Evidence of the Details of Defendant's Personal Expenditures (ECF No. 25) is DENIED.

                                                                                              ANNE E. THOMPSON, U.S.D.J.

1