1. Does someone who takes a shareholder loan have to disclose who took the loan?
2. Does someone who takes a shareholder loan to pay interest?

US v. Gilmore
19-CR-29

Jury Note #1
5:05 pm
4/2/19

Exhibit 13 –
Can you explain how the payment + bounced check where posted same date?

US V. Gilmore
19-CR-29

Jury Note #2

5:05 pm

4/2/19

IN ONE OF THE Y YEARS' (2016)
1) 20's LOAN TO SHAPE HOLDERS
AT END OF YEAR
WAS LOWER THAN
BEN lawrich of YEAR
DOES THAT MEAN
PARTIES LOAN RETURN

US v. Gilmore
19-CR-29
Jury Note #3
5:05 pm
4/2/19