Is there a shareholder's
agreement between Mr. Gilmore
and Mr. Monahan?
If so does it outline
terms for shareholder loans?

US v. Gilmore
19 CR 29

Jury Note #4

4/3/19   2:15 p.m.

QUESTION

Where did Mr. Monahan get the money to loan to George? And why didn't Mr. Monahan know he was owed over 400K?

U.S. v. Gilmore
19 CR 29

Jury Note #5

4/3/19

2:15pm

So outside of using the firm
credit card, $ which drew down
on your loan balance, DID you
ever Receive any payments on
your loan

US v. Gilmore
19 CR 29

Jury Note #6

4/3/19
2:15 pm