1. Was interest calculated on tax years 2012, 2013, 2014 or previous years on shareholder loan? If yes, where are the documents? If no, why not?
2. Did Mr. Gilmore ask Mr. Hutchins to apply interest to the loan after the Govt. subpoenas?

US v. Gilmore
19 CR 29

Jury Note #7

4/4/19 1:00pm

① Mr. Hutchins mention Stockholder and Shareholder. Was that term used interchangeably?

② What were the determined "classifications" Mr. Hutchins testified Mr. Gilmore came up with?

③ Did Mr. Monahan take a Shareholder loans As Alluded to During Mr. Hutchins period of Questioning?

US V. Gilmore

19 CR 29

Jury Note #8

4/4/19 1:00pm.

1. Why would Mr. Pell (Van) not sign the tax returns?

US v. Gilmore
19 CR 29
Jury Note #9
4/4/19 3:45 p.m.

Personal or Law Firm Check?

US v. Gilmore
19CR29
Jury Note #10

4/4/19

4:55 p.m.

Do you know if the