Can a taxpayer make "good faith" payments in any amount against taxes owed to be considered compliant?

US v. Gilmore
19 CR 29

Jury Note #11
4/8/19
11:15 a.m.

1. Can the IRS sell property, if taxes are owed or can they only put a lien on that property? without 433A being filled out

US v. Gilmore
19 CR 29
Jury Note #12
4/8/19
11:15 a.m.

1. if shareholder loan is not a loan, does that loan becomes income has to be put on their personal income?

US v. Gilmore
19-cr-29
Jury Note #13
4/8/19
12:05 p.m.

1. Is a shareholder loan a personal liability to Mr. Gilmore? Does Mr. Gilmore have to disclose that loan on home loan application?

US v. Gilmore
19-CR-29
Jury Note #14
4/8/19 3:50pm.