~~[scribbled out]~~

Do you receive commission or any type of additional compensation for bringing in additional business/ ~~[scribbled]~~ Closing of Loans at bank?

US V. Gilmore
19 CR 29
Jury Note #15
4/9/19
3:50 p.m.

US v Gilmore  
19 CR 29

Jury Note #16  
4/9/19   4:20 p.m.

Can he explain why he posted loans from Mr./Mrs. Gilmore as payments to shareholder loans?

Can he explain why he posted deposits from Mr. Gilmore as loan rep?

Was Gilmore and Monahan ever audited by a 3rd party?

In what timeframe, was the Amex, Diners Club, additional Credit Cards paid? Did they get paid on time?

1. Why ~~would~~ DID the firm ~~pay~~ pay the Employer taxes late? ~~~~ Was that the standard practice at the time?

US v. Gilmore
19-CR-29
Jury Note #17
4/9/19
4:20 p.m.