US v. Gilmore
19-CR-29
Jury Note #18
4/10/19

WHILE MR. BEFFERMAN TREATED CHECKS GIVEN BY Ms Joann Gilmore to GOMPA as LOAN REPAYMENT GIVEN THE CHECKS ARE TREATED IN GOMPA'S GL AS LOANS, COULD MRS. GILMORE CLAIM IT AS LOAN TO GRAMPA

1. What is a shareholder loan? What are the Requirements regarding a shareholder loan? (Rules)
2. Can only shareholders take a loan?
3. Why is interest on shareholder loan only paid in 2015 for return of 1040 from Mr. Gilmore

US v. Gilmore
19 CR 29

Jury Note #19

4/10/19

COULD JOAN GILMORE CLAIM HER CHECKS WITH MEMO "LOAN" AS LOANS TO GMPA THAT NEED TO BE REPAID?

US v. Gilmore
19 CR 29
Jury Note #20
4/10/19