# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

United States v. George Gilmore
Case No. 3:19-cr-00029-AET

**DATE:** 04-12-2019
5:10 p.m.

## JURY COMMUNICATION
\# 1

~~What is the law pertaining~~
Are there IRS Regulations ~~~~ outlining the reporting of personal expenses paid through a shareholder loan ~~to the 1040~~ have to be reported on a 1040 as income.