# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States v. George Gilmore
Case No. 3:19-cr-00029-AET

DATE: 4/16/2019

4:30 pm

## JURY COMMUNICATION
\# 2

We will like to dismiss by 5 pm.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

United States v. George Gilmore
Case No. 3:19-cr-00029-AET

DATE: 4/16/2019

4:25 pm

## JURY COMMUNICATION
# ▨

If we are unable to determine on one or two of the counts. How long should we discuss?
There are great stands and no movements of making final decisions...
We can ~~easi cont~~ keep delagating but the question is if we can come to a final verdict for all or one? of the count. What can we do.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**United States v. George Gilmore**
**Case No. 3:19-cr-00029-AET**
**DATE:** 4/16/2019

3:10 p.m.

## JURY COMMUNICATION

Please provide M. Popowitz testimony

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

United States v. George Gilmore
Case No. 3:19-cr-00029-AET

DATE: 4/16/2019

11:30 a.m.

## JURY COMMUNICATION

Can we please have transcript for Hutchins (CPA)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States v. George Gilmore
Case No. 3:19-cr-00029-AET

DATE: 4/16/2019

9:50 a.m.

## JURY COMMUNICATION

Sorry we had a misspelling. We need transcript for (CPA) James Koerner...

4/16/19 -
9:40 a.m.

Dear Jury,

Is this the transcript you were asking for? If not, please tell us. The witness for this transcript is Gary Keener.

A. Thompson

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States v. George Gilmore
Case No. 3:19-cr-00029-AET

DATE: 4/16/2019

9:20 a.m.

## JURY COMMUNICATION
\#  _____

Can we have the transcript for Gary Keeney