UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 19-29 (AET) |
| | : | |
| v. | : | Hon. Anne E. Thompson |
| | : | |
| GEORGE GILMORE | : | VERDICT SHEET |

We, the Jury, find defendant George Gilmore:

**COUNT 1 (Evasion of the Payment of Taxes Due and Owing – Calendar Years 2013, 2014, and 2015)**

GUILTY _____ (No Decision) NOT GUILTY _____

**COUNT 2 (Filing False Tax Return – Calendar Year 2013)**

GUILTY _____      NOT GUILTY √___

**COUNT 3 (Filing False Tax Return – Calendar Year 2014)**

GUILTY _____      NOT GUILTY √___

**COUNT 4 (Willful Failure to Account for and Pay Over Payroll Taxes – Tax Quarter Ending March 31, 2016)**

GUILTY √___      NOT GUILTY _____

**COUNT 5 (Willful Failure to Account for and Pay Over Payroll Taxes – Tax Quarter Ending June 30, 2016)**

GUILTY √___      NOT GUILTY _____

**COUNT 6 (False Statements in a Loan Application)**

GUILTY √___      NOT GUILTY _____

4/17/2019
DATE                                    FOREPERSON