UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>vs.<br><br>**GEORGE GILMORE,**<br><br>Defendant. | Case No. 3:19-cr-00029-AET |

APPENDIX IN SUPPORT OF DEFENDANT'S
RULE 29 AND RULE 33 MOTIONS

**MARINO, TORTORELLA & BOYLE, P.C.**
**437 Southern Boulevard**
**Chatham, New Jersey 07928-1488**
*Attorneys for Defendant*
*George Gilmore*

# APPENDIX

                                                                     **Tab**

### *Government's Exhibits*

| | | |
|---|---|---|
| **GX13** | Literal Transcript for Form 1040 for George and Joanne Gilmore—2013 | 1 |
| **GX13-A** | Check to the United States Treasury dated 10/15/2014 | 2 |
| **GX27** | Pages from ICS History Transcript for George and Joanne Gilmore | 3 |
| **GX28** | Archive History Transcript for George and Joanne Gilmore | 4 |
| **GX41** | Pages from ICS History Transcript for Gilmore & Monahan, P.A. | 5 |
| **GX42** | Pages from Archive History Transcript for Gilmore & Monahan, P.A. | 6 |
| **GX60-A** | IRS Letter 903 from M.J. Tryba to Gilmore & Monahan, P.A. dated 5/23/2011 | 7 |
| **GX63-A** | IRS Letter 903 from M.J. Tryba to George Gilmore dated 7/8/2013 | 8 |
| **GX71** | Fax from George Gilmore to RO Popowitz dated 10/19/15 | 9 |
| **GX701** | Pages from Ocean First Bank records related to George and Joanne Gilmore personal checking account 9574 for 2014 | 10 |
| **GX712** | Uniform Residential Loan Application dated 11/21/2014 | 11 |
| **GX713** | Uniform Residential Loan Application dated 1/22/2015 | 12 |
| **GX714** | Purpose of Refinance Letter dated 11/24/2014 | 13 |

**GX3003-A**   Check from Orlovsky, Grasso, Bolger, Mensching & Daley
to Gilmore & Monahan PA dated 8/14/2007 ........................................14

**GX3003-B**   Checks from Gilmore & Monahan PA to Dale and Carole Orlovsky
for the period 2/12/2014 to 12/22/2016 ..............................................15

**GX3003-B1** Checks to Dale and Carole Orlovsky
for the period 1/30/2017 to 2/28/2019 ................................................16

**GX3003-C**   Promissory Note Between George and Joanne Gilmore and
Dale and Carol Orlovsky made 11/26/2014 ........................................17

## *Defendant's Exhibits*

**DX326**   E-mail from Kelly Siegfried to Ross Zimmerman and Scott Keller
dated 10/15/2014 ...............................................................................18

**DX351**   Personal Financial Statement of George R. Gilmore
dated 5/31/2011 .................................................................................19

**DX352**   Personal Financial Statement of George Gilmore
dated 12/31/2012 ...............................................................................20

**DX358**   Pages from Two River Community Bank Loan Application
dated 10/8/2014 .................................................................................21

**DX359-A** Ocean First Bank copy of Form 1040 for
George and Joanne Gilmore for tax year 2013 ...................................22

**DX359-B** Ocean First Bank copy of Tax Return Transcript for George Gilmore
dated 12/8/2014 for tax period ending 12/31/2013 .............................23

**DX359-F** Ocean First Bank copy of Tax Return Transcript for George Gilmore
dated 12/8/2014 for tax period ending 12/31/2012 .............................24

**DX359-G** Ocean First Bank copy of Form 1040 for
George and Joanne Gilmore for tax year 2012 ...................................25

**DX361**   Ocean First Bank copy of Form 4506-T, Request for Transcript
of Tax Return for George Gilmore .....................................................26

***Statutes & Other Authorities***

18 U.S.C. § 1014 ..............................................................................................................27

26 U.S.C. § 6672 ..............................................................................................................28

26 U.S.C. § 7202 ..............................................................................................................29

Uniform Mortgage Data Program,
Instructions for Completing the Uniform Residential Loan Application ................30

Bradley Hoyt Memorandum of Investigation
dated 8/15/2017, prepared 9/26/2018 ....................................................................31