**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Crim. No. 19-029 |
| GEORGE GILMORE, | |
| Defendant. | **ORDER FOR EVALUATION PURSUANT TO 18 U.S.C. § 3552** |

The defendant, George Gilmore, having been convicted by a jury of counts four and five, each charging Failure to Collect, Account For, and Pay Over Payroll Taxes, in violation of 26 U.S.C. § 7202, and count six, charging False Statements in a Loan Application, in violation of 18 U.S.C. § 1014, of Superseding Indictment (ECF No. 84),

IT IS on this 27th day of June, 2019,

ORDERED that, pursuant to 18 U.S.C. § 3552(c) and 18 U.S.C. § 4247(c)(4)(F), a psychiatric or psychological evaluation of the defendant be conducted to assist the Court in determining how and to what degree, if any, the mental condition of the defendant should impact the sentence.

The Court seeks assistance in fashioning a sentence tailored to the defendant's mental state and prognosis going forward. The Court specifically seeks a mental health diagnosis of the defendant and insight into how the defendant's mental state and prognosis should be reflected in the sentence.

The Court, in determining the particular sentence to be imposed, will consider:

1) the nature and circumstances of the offense and the history and characteristics of the defendant;

2) the need for the sentence imposed –

   A) to reflect the seriousness of the offense, to promote respect for the law, and to provide punishment for the offense;

   B) to afford adequate deterrence to future criminal conduct; and

   C) to provide the defendant with needed medical care, or other correctional treatment in the most effective manner.

The defendant shall be subject to a psychiatric or psychological examination to be conducted by Dr. Catherine M. Barber, Ph.D., Clinical & Forensic Psychology, 30 Washington Avenue, Suite B-1, Haddonfield, New Jersey, 08033, with the coordination of the U.S. Probation Office at a time and date to be agreed upon.

The Court authorizes the U.S. Probation Office to release a copy of the Superseding Indictment (ECF No. 18), the bail report prepared by the U.S. Pretrial Services Agency, and any additional documents the Court deems necessary, to Dr. Barber in connection with this psychiatric or psychological evaluation. Should the sentence imposed result in a term of imprisonment, this psychiatric or psychological evaluation is to be shared with the Bureau of Prisons.

*Anne E. Thompson*

ANNE E. THOMPSON, U.S.D.J.