DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Defendant(s).

Criminal No. _____

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS
(Requestor Not Represented by Counsel)**

I, _____ , wish to obtain a copy of the sentencing materials submitted to the Court on _____ in this case as to defendant, _____ . I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: _____
Address: _____
_____
_____
_____

By: _____