RACHAEL A. HONIG
Acting United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street Suite 700
Newark, NJ 07102
Tel.973-645-2829
Fax. 973-645-3210
Email: janger@usa.doj.gov

January 15, 2021

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **HON.  ANNE E. THOMPSON** |
| *PLAINTIFF,* | : | *CRIMINAL No. 19-00029-1* |
| **v.** | | |
| | : | **SATISFACTION OF JUDGMENT** |
| **GEORGE GILMORE,** | | |
| | : | Document filed electronically |
| *DEFENDANT.* | | |
| | : | |

The Judgment in the above-captioned case having been paid in full, the Clerk of

the United States Court for the District of New Jersey is hereby authorized and requested to

satisfy and cancel said judgment of record for any special assessment, fine and/or restitution

only, as to defendant, George Gilmore.  This satisfaction of judgment does not satisfy any

forfeiture judgment imposed in this case.

RACHAEL A. HONIG
ACTING UNITED STATES ATTORNEY

s/JORDAN M. ANGER
By:   JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY