

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

970 Broad Street, Suite 700     (973) 645-2700
Newark, New Jersey 07102

January 26, 2021

<u>By E-Mail and ECF</u>

Mr. William T. Walsh
Clerk of the Court
United States District Court
  for the District of New Jersey
Martin Luther King, Jr. Federal Building
  and United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: United States v. George Gilmore
   <u>Crim. No. 19-029 (AET)</u>

Dear Mr. Walsh:

 Enclosed for your records please find a copy of the Presidential Pardon granted in connection with the above-captioned matter.

          Very truly yours,

          RACHAEL A. HONIG
         Acting United States Attorney

      By: <u>/s/ Matthew J. Skahill</u>
        <u>/s/ Jihee G. Suh</u>
        MATTHEW J. SKAHILL
        JIHEE G. SUH
        Assistant United States Attorneys

Enc.

cc: Honorable Anne E. Thompson
   Senior United States District Judge
   Clarkson S. Fisher Building & U.S. Courthouse
   402 East State Street
   Trenton, NJ 08625

   Kevin Marino, Esq.
   *Attorney for Defendant*